IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SOUTHEAST CLINICAL NUTRITION CENTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:13-CV-00626-AT |

## AMENDED DECLARATION OF KRISTIN K. ZINSMASTER

I, Kristin K. Zinsmaster, declare under penalty of perjury as follows:

1. I am over the age of eighteen and have personal knowledge of the facts contained herein. I am an associate in the Trial Department at Dorsey & Whitney LLP ("Dorsey") and am one of the attorneys representing Defendant Mayo Foundation for Medical Education and Research ("Mayo") in connection with the above-captioned action. I submit this declaration in support of Defendant's Motion to Dismiss Plaintiff Southeast Clinical Nutrition Centers, Inc.'s Complaint. I believe that the following documents are true and correct copies of what they purport to be.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the relevant portions of *The Mayo Clinic Diet* (1st ed. 2010), including its front cover, spine, title page, copyright page, table of contents, the Introduction and How to Use this Book sections, the section heading pages from within the book, and its back cover.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the relevant portions of the *The Mayo Clinic Diet Journal* (1st ed. 2010), including its front cover, spine, title page, copyright page, table of contents, the Get Started section, the section heading pages from within the journal, and its back cover.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the relevant portions of *The Mayo Clinic Diabetes Diet* (1st ed. 2011), including its front cover, spine, title page, copyright page, table of contents, the Introduction and How to Use this Book sections, the section heading pages from within the book, and its back cover.

5. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the relevant portions of *The Mayo Clinic Diabetes Diet Journal* (1st ed. 2011), including its front cover, spine, title page, copyright page, table of contents, the Get Started Section, the section heading pages from within the journal, and its back cover.

6. Attached hereto as Exhibit 5 is a true and correct copy of the copyright registration record, from the online Public Catalog of the United States Copyright Office, for *The Mayo Clinic Diet*, obtained on May 7, 2013.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Amazon.com listing for the hardcover edition of *The Mayo Clinic Diet*, obtained on May 6, 2013.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Amazon.com listing for *The Mayo Clinic Diet Journal*, obtained on May 6, 2013.

9. Attached hereto as Exhibit 8 is a true and correct copy of a page from *The New York Times Book Review* for January 24, 2010.

FURTHER DECLARANT SAYETH NAUGHT.

This the 24th day of May, 2013.

*/s/ Kristin K. Zinsmaster*
Kristin K. Zinsmaster

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email documentation of such filing to the following attorney of record:

Sanford Jay Asman            Sandy@Asman.com

/s/ James W. Faris
Christopher P. Bussert (GA. Bar No. 099085)
James W. Faris (GA Bar No. 452293)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309
Tel:  (404) 815-6500
Fax:  (404) 815-6555
E-mail:  CBussert@ktslaw.com
         JFaris@ktslaw.com

J. Thomas Vitt (admitted *pro hac vice*)
Mark Wagner (admitted *pro hac vice*)
Kristin K. Zinsmaster (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402
Tel:  (612) 340-2600
Fax:  (612) 340-2868
E-mail: Vitt.Thomas@Dorsey.com
        Wagner.Mark@Dorsey.com
        Zinsmaster.Kristin@Dorsey.com

*Attorneys for Defendant*